Ovidio Oviedo, Jr., No. 210311
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants OFFICERS G. CARRUESCO, #852, WILSON, #855, ERIC MATLOCK, and CITY OF BAKERSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARRY JAMISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>G. CARRUESCO, #852, WILSON, #855, ERIC MATLOCK, CITY OF BAKERSFIELD and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:04-cv-6062 TAG<br><br>**STIPULATED DISMISSAL AND ORDER DISMISSING CASE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants G. CARRUESCO, WILSON, ERIC MATLOCK, CITY OF BAKERSFIELD, and DOES 1 through 50, be dismissed with prejudice in accordance with a waiver of costs in this matter.

Dated:  July 25, 2005                                     MARDEROSIAN, RUNYON, CERCONE
                                                                                    LEHMAN & ARMO

                                                                                    /s/ Ovidio Oviedo, Jr.

                                                                                By:_____
                                                                                    OVIDIO OVIEDO, JR.,
                                                                                    Attorney for defendants above-named.

///

///

| | |
|---|---|
| 1  Dated: July 25, 2005 | FAULKNER LAW OFFICES |

                                          /s/ Jim Faulkner, Esq.
By: _____
    JIM FAULKNER,
    Attorney for Plaintiff, LARRY JAMISON

### **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice. All matters previously scheduled are hereby VACATED.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                   **/s/ Theresa A. Goldner**
j6eb3d                                              UNITED STATES MAGISTRATE JUDGE